# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

RIMINI STREET, INC.,

        Plaintiff,

vs.

CHARTER OAK FIRE INSURANCE COMPANY, *et al.*,

        Defendants.

2:15-cv-01761-RFB-VCF

**ORDER**

Before the court is the Stipulated Discovery Plan and Proposed Scheduling Order (#35).

IT IS HEREBY ORDERED that a hearing on the Stipulated Discovery Plan and Proposed Scheduling Order (#35) is scheduled for 11:00 a.m., February 1, 2016, in courtroom 3D.

DATED this 15th day of January, 2016.

 

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE