# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RIMINI STREET, INC., | |
|           Plaintiff, | 2:15-cv-01761-RFB-VCF |
| vs. | **ORDER** |
| CHARTER OAK FIRE INSURANCE COMPANY, *et al.*, | |
|           Defendants. | |

Before the court is the Stipulation and Order to Extend Time to Respond to Discovery Requests and to Extend Choice-Of-Law Discovery Cut-Off (#48). This stipulation and order does not comply with LR 6-1(b). Here, no reason has been stated for the extensions sought and the stipulation must include a statement indicating whether it is the first, second, third, *etc.*, requested extension.

Accordingly,

IT IS HEREBY ORDERED that the Stipulation and Order to Extend Time to Respond to Discovery Requests and to Extend Choice-Of-Law Discovery Cut-Off (#48) is DENIED without prejudice.

DATED this 7th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE