J. RANDALL JONES, ESQ. (#1927)
MATTHEW S. CARTER, ESQ. (#9524)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
Email: kjc@kempjones.com
*Attorneys for Plaintiff/Counterdefendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHARTER OAK FIRE INSURANCE COMPANY, a Connecticut corporation; TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation; DOES 1 through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　Defendants. | Case No.　2:15-cv-01761-RFB-VCF<br><br><br>**SUBSTITUTION OF COUNSEL** |

　　　　Pursuant to LR IA 11-6, Plaintiff Rimini Street, Inc. ("Plaintiff") hereby substitutes Scott S. Hoffmann, Esq. of Rimini Street, Inc., 3993 Howard Hughes Parkway, Suite 500, Las Vegas, Nevada 89169, (702) 274-1918, as its counsel of record in place and stead of Kemp, Jones & Coulthard, LLP.

　　　　Upon approval by the Court of this Substitution of Counsel by Stipulation pursuant to LR IA 11-6, Kemp, Jones & Coulthard, LLP, Randall J. Jones, Esq. and Matthew S. Carter, Esq. shall be removed from all captions, electronic notices and service lists, and will no longer be

counsel of record for Plaintiff in this matter. Scott S. Hoffmann shall be named as counsel of record for Plaintiff, and shall be provided with electronic notices and service in this action.

DATED this __2__ day of ~~July,~~ August 2016.

Rimini Street, Inc.

By: _____
Title: __SVP & CIO__

I consent to the above substitution.

Dated this __2__ day of ~~July,~~ August 2016.

KEMP, JONES & COULTHARD, LLP

By: __/s/ Matthew S. Carter__
J. Randall Jones, Esq. (#1927)
Matthew S. Carter, Esq. (#9524)
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Tel: (702) 385-6000
Fax: (702) 385-6001

-2-

I am duly admitted to practice in this District and I accept the above substitution of counsel pursuant to LR IA 11-6.

Dated this __2__ day of ~~July,~~ August 2016.

RIMINI STREET, INC.

By: __/s/ Scott S. Hoffmann__
Scott S. Hoffmann, Esq. (#8498)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Tel: (702) 274-1918
Fax: (702) 832-5862
Email: shoffmann@riministreet.com

**APPROVED:**

Dated this __2nd__ day of __August__, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

-3-